# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Antonio Margaro Torres | ) | Case No. 25-838 (M) |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2, 2025** in the county of _____ in the _____ District of **Puerto Rico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46506 | Obscene or indecent exposure aboard an aircraft in the special aircraft jurisdiction of the United States |
| 18 U.S.C. § 111 | Assaulting, resisting, and impeding federal officers |

This criminal complaint is based on these facts:

See attached affidavit.
The United States requests that defendant be detained and moves for a three-day continuance under 18 U.S.C. § 3142(f).
Approved by AUSA Jeanette M. Collazo-Ortiz

☑ Continued on the attached sheet.

*Complainant's signature*

Shaun Borland, Special Agent FBI
*Printed name and title*

Sworn to and subscribed in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:18 a.m., on

Date: 09/03/2025

*Judge's signature*

City and state: San Juan, Puerto Rico    U.S. Magistrate Judge Hector Ramos-Vega
*Printed name and title*