**AFFIDAVIT IN SUPPORT OF CRIMINAL
COMPLAINT AND ARREST WARRANT**

I, Shaun Borland, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2022. I am currently assigned to the FBI's San Juan Division in the Violent Crimes and Major Offenders Task Force. During my time as a Special Agent, I have investigated various violations of federal law to include armed carjackings, Hobbs Act robberies, kidnappings, assaults on federal officers and crimes in special jurisdictions of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the facts set forth below, there is probable cause to believe that on or about the 2nd day of September, 2025, the defendant, Antonio Margaro Torres, being an individual on an aircraft in the special aircraft jurisdiction of the United States (Spirit flight 2081, from SJU (San Juan, PR) to ORD (Chicago, IL), and aircraft registration number N905NK), did make an obscene or indecent exposure of his genitalia and engaged in

masturbation, acts that if committed in the District of Columbia would violate section 9 of the Act of July 29, 1892 (D.C. Code § 22-1112). All in violation of 49 U.S.C. Section 46506 and, in the District of Puerto Rico violated 18 U.S. Code § 111 (assault on a federal officer).

## PROBABLE CAUSE

5. On or about September 2, 2025, Spirit flight 2081 departed Aeropuerto Luis Muñoz Marín International Airport (SJU) in San Juan, Puerto at approximately 1:47 PM with the destination of O'Hare Internation Airport (ORD) in Chicago, Illinois.

6. According to a witness on the flight, the flight attendants told the individual in seat 7A, later identified by the FBI as Antonio Margaro Torres (hereinafter Torres), approximately 10 to 15 times to put away his penis. Torres did not comply with the flight attendants' request and continued to take his penis out and masturbate. The witness felt uncomfortable as Torres was attempting to make eye contact her and other females on the plane who were sitting in the vicinity of Torres. According to the witness, at one point while Torres had his penis out, he urinated on the seats in front of him. The flight attendants repeatedly told Torres to put away his penis; after Torres refused to listen the witness decided to video Torres' actions.

7. The video was observed by the FBI, and it depicts a male individual matching the description of Torres aboard a plane with his penis exposed and masturbating.



*Figure 1 redacted screenshot of the witness' video depicting Torres masturbating*

8.      At approximately 2:19 PM, the pilot decided to return to SJU to deplane Torres. The plane arrived to SJU, Torres got off the plane and the plane proceeded to its original destination. After getting of the plane, Policia de Puerto Rico (POPR) agents followed Torres until he laid down in the baggage claim area.

9.      The FBI was made aware of the situation and responded to SJU. Upon arriving, FBI Special Agents (SAs) and Task Force Officers (TFOs) found Torres lying on the floor in baggage claim area. Torres had the same clothes depicted in Figure 1 above and appeared to be heavily under the influence of alcohol. He also had a heavy alcohol smell.

10. Two FBI TFOs identified themselves as members of the FBI to Torres and told him that was being taken into custody. Torres was not complying with the TFOs commands so the TFOs handcuffed Torres and sat him in a wheelchair to take him to their vehicle. Torres continued to disobey the commands of the TFOs and was placed into the vehicle. While being placed in the vehicle Torres kicked one TFO. Torres slipped off one of his handcuffs and attempted to bite one of the TFOs while they attempted to put the handcuff back on Torres. During transit to a local precinct, Torres stated "I will kill you" to SAs and TFOs multiple times. After arriving the precinct, Torres did not listen to commands given to him by SAs and TFOs and kicked the TFO a second time.

## CONCLUSION

11. Based upon my training, experience, and the above facts, I respectfully submit there is sufficient probable cause to show Antonio Margaro Torres, being an individual on an aircraft in the special aircraft jurisdiction of the United States (Spirit flight 2081, from SJU (San Juan, PR) to ORD (Chicago, IL), and aircraft registration number N905NK), did make an obscene or indecent exposure of his genitalia and engaged in masturbation, acts that if committed in the District of Columbia would violate section 9 of the Act of July 29, 1892 (D.C. Code § 22-1112)[1] and did assault, resist, and impede federal officers.

---

[1] It is unlawful for a person, in public, to make an obscene or indecent exposure of his or her genitalia or anus, to engage in masturbation, or to engage in a sexual act as defined in § 22-3001(8). […] A person who violates any provision of this section shall be guilty of a misdemeanor and, upon conviction, shall be fined not more than the amount set forth in § 22-3571.01, imprisoned for not more than 90 days, or both.

All in violation of 49 U.S.C. § 46506 and 18 U.S. Code § 111 (assaulting, resisting, and impeding a federal officer).

Respectfully submitted,

Shaun Borland
Special Agent
FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:18 a.m. in San Juan, Puerto Rico, on September 3, 2025.

Hector Ramos-Vega
United States Magistrate Judge