## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff,<br><br>v.<br><br>**ANTONIO MARGARO TORRES,** Defendant. | **MISDEMEANOR INFORMATION**<br>Criminal No. 25-411 (RAM)<br><br>Violations:<br>18 U.S.C. § 111(a)<br>49 U.S.C. § 46506(2)<br><br>**TWO COUNTS** |

10/6/2025 7:02 PM
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**THE UNITED STATES CHARGES:**

### COUNT ONE
**Obscene Acts in the Special Aircraft Jurisdiction of the United States**
(49 U.S.C. § 46506(2))

On or about September 2, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ANTONIO MARGARO TORRES**,

being an individual on an aircraft in the special aircraft jurisdiction of the United States (Spirit Airlines flight 2081, from San Juan, PR to Chicago, IL, with aircraft registration number N905NK), did make an obscene or indecent exposure of his genitalia, acts that if committed in the District of Columbia would violate section 9 of the Act of July 29, 1892 (D.C. Code § 22-1112). All in violation of 49 U.S.C. § 46506(2).

## COUNT TWO
**Resisting, Impeding, Intimidating, and Interfering with Certain Officers**
(18 U.S.C. § 111)

On or about September 2, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ANTONIO MARGARO TORRES**,

did forcibly resist, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: R.C., an FBI Task Force Officer, who was engaged in official duties. All in violation of 18 U.S.C. §§ 111(a)(1).

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Violent Crimes Division